**THIS FORM IS TO BE RETURNED TO THE COURT BY EMAIL PROMPTLY TO BUT NO LATER THAN TEN DAYS AFTER RECEIPT**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI**

**NOTIFICATION OF MAGISTRATE JUDGE REASSIGNMENT**

This is to advise you that your case has been reassigned to United States Magistrate Judge Matt J. Whitworth. You are required to email this form to the consent processor at greg_melvin@mow.uscourts.gov within ten (10) days. Please indicate whether you consent to the exercise of jurisdiction by the above magistrate or request that the case be assigned to a United States District Judge.

**(PLEASE SIGN EITHER SECTION A OR B BELOW)**

**A.  CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c) and Rule 73, Fed.R.Civ.P., the undersigned waives the right to proceed before a United States District Judge and voluntarily consents to have United States Magistrate Judge Matt J. Whitworth conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

**Case Number**           **Caption**

**Signature**          **Printed Name**          **Party Represented**          **Date**

Unless all parties agree otherwise, any appeals in this case shall be taken to the United States Court of Appeals for the Eighth Circuit, in accordance with 28 U.S.C. § 636(c) and Rule 73(c), Fed.R.Civ.P.

**B.  REQUEST FOR ASSIGNMENT OF CASE TO DISTRICT JUDGE**

The undersigned declines consent to the exercise of jurisdiction by United States Magistrate Judge Matt J. Whitworth and requests that the case be assigned to a United States District Judge.

**Case Number**           **Caption**

**Signature**          **Printed Name**          **Party Represented**          **Date**