THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
Southern Division

O'REILLY AUTOMOTIVE STORES, INC,

    Plaintiff,

v.

BEARING TECHNOLOGIES, LTD.,

    Defendant.

Case No. 6:16-cv-03102-MJW

[JURY TRIAL DEMANDED]

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 26(4)(A) of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned action, by and through its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, will take the oral deposition of Catherine Simmons-Gill, expert witness for Defendant, commencing at 8:15 a.m. on the 24th day of October, 2017 at the offices of Skadden, Arps, Slate, Meagher & Flom LLP, 155 North Wacker Drive, Chicago, IL 60601, or at such other place as the parties may mutually agree. You are invited to attend and cross-examine. Said deposition will be taken by a duly certified court reporter, and will be videotaped.

Dated: October 23, 2017

Kenneth A. Plevan
kenneth.plevan@skadden.com
David M. Lamb
david.lamb@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036
(Admitted pro hac vice)

/s/Jason C. Smith
Jason Smith
jcsmith@spencerfane.com
SPENCER FANE LLP
2144 East Republic Road
Suite B300
Springfield, Missouri 65804
Telephone: (417) 888-1013

Attorneys for Plaintiff
O'Reilly Automotive Stores, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of October, 2017, a true and accurate copy of the foregoing instrument was filed with the Court's electronic filing system, which sent notice of such filing to:

Meredith M. Wilkes
Candice M. Reder
Allison J. Terry
JONES DAY
E-Mail:  mwilkes@jonesday.com
　　　　creder@jonesday.com
　　　　aterry@jonesday.com

Miranda M. Sooter
ARMSTRONG TEASDALE LLP-KCMO
E-Mail: msooter@armstrongteasdale.com


　　　　　*/s/ Jason C. Smith*